# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE G.[1] *on behalf of* J.A.W, Plaintiff, v. CAROLYN COLVIN,[2] Commissioner of Social Security Defendant. | : : : : : : : : : | CIVIL ACTION No. 22-00076 |

## ORDER

**AND NOW,** this 9th day of December, 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (ECF Doc. No. 8), Defendant's Response to Request for Review of Plaintiff (ECF Doc. No. 9), and Plaintiff's Reply Brief (ECF Doc. No. 10), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
United States Magistrate Judge

---

[1] In accordance with the Court's recent standing order on party identification in social security cases, I have referred to the plaintiff solely by her first name and last initial. *See* Standing Order, *In re: Party Identification in Social Security Cases* (E.D. Pa. June 10, 2024), https://www.paed.uscourts.gov/sites/paed/files/documents/locrules/standord/SO_pty-id-ss.pdf.

[2] Carolyn Colvin became Acting Commissioner of Social Security on November 30, 2024. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Colvin should be substituted as the defendant in this matter.